AO 91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
#### BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**V**  **CRIMINAL COMPLAINT**

**CASTILLO PEREZ, JUAN**  CASE NUMBER: 1:19-**PO 008**
A201 535 761

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __02/10/2019__ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a counterfeit border crossing card and counterfeit Mexican passport,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__.

I further state that I am a (n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Veterans International Bridge in Brownsville, Texas. The defendant presented a United States border crossing card in the name of Oscar CASTILLO GUTIERREZ and further claimed to be said person to a U.S. Customs and Border Protection Officer. In secondary, a Mexican passport was also discovered bearing the same name. After further inspection, it was determined both documents were counterfeit. The defendant's true name is Juan CASTILLO PEREZ, a citizen and national of Mexico with no legal status to enter or be in the United States.

Defendant had $47.25 USD and $848.00 Mex pesos.

**Continued on the attached sheet and made a part hereof:** ___Yes  **X** No

/s/
_____
**Andres R. Garza CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**February 11, 2019**                at         **BROWNSVILLE, TEXAS**
Date                                              City and State

**RONALD G. MORGAN, U.S. MAGISTRATE JUDGE**   _____
Name & Title of Judicial Officer                 Signature of Judicial Officer